**TELEPHONE RECORD:**        **EXTENDING CLERK'S RECORD**

Date: _2 - 11 - 15_

Case Number: _6 - 15 - 00025 - CR_

Style: _Thomas Richardson v. State_

Extension Requested By: _Dist. Clk._

Extension needed: _2 wks_

GRANTED TO: _2/23/15_ (posted: _2/11_)

By: _M. Pate_

REMARKS: _Now misplaced - dist clk. just found 2/10_